**10-12-00371-CR**

Tenth Court of Appeals       June 12, 2016
   Honorable Judge Rex Davis
   Greetings! Your Honor - I Plaintiff
NO. 10-12-00371-CR am writting to you this
here letter - in response to a letter or Court-
room verdict you issued to me plaintiff due
to Motion (Motion to file Writ of Habeaus
Corpus in said courtroom and continued for
finalization in said Cause No. 10-12-00371-CR)
for your Clerks your honor Sherri Roessler
and Nita Whitener did enclose a letter citing
that they could not preform the tusk I had
presented to your Courthouse. Reason for my
requesting it addressing it to your courthouse
your honor is because I was given the
wrong address by the State's one of the States
Statejail departments. I was hoping you
could deliver or mail it to proper Court-
house - to which was: U.S. 15th Court of Appeals
Courthouse in Mesquite, Tx.     1907
W. 15th street - with the agreement that I
would pay you a fee or reward for your
assistance the Courthouse for thier assistance.
   Your Honor! it is I find myself greatly (Continue)
Confussed for I don't understand why (next page 1 of 3)

RECEIVED
JUN 16 2016
COURT OF APPEALS
WACO, TEXAS

<u>Cont.</u>

Your Clerks or Courthouse would do this; this is why they would keep an envolope for such a long period of time Recieved at your Courthouse October 9, 2012. Letter requesting redirecting to U.S. 15th Court of Appeals - it know being June 12, 2016 - why the long absent of verification or denial. Also Your honor - I commenting on a document I recieved back from your Courthouse that seems to be the original apperantly filed be me - my question is this: How do you even except such mildly filed document- document cited as Cause No. 10-12-06371-CR - for document does not metion the perpose to continuation or revew of writ of Habeaus Corpus- document seen to be a document of plea - or - agreement. Know one other thing before I close - I's also recieved a Courthouse - Court proceedes issued by you in said Cause No. 10-12-06371-CR in which you are/have stated that the 3rd Distric Court of Texas does not lie within your juristiction my question is if Zip Code 75860 prefix 758 does not lie within the Central region of our State then we our both lieing in 2 (two) diffent (Continue next Page 2 of 3)

Cont.

States. - for you mention the 3rd Distric Court of Texas - to be the 3rd of 63 Distric Court of Anderson County - this is not so a Distric Court can not be of County for it is to reflect on a Judicial party or agency of its state. So in closing you dismissed my ~~motion~~ writ of habeas Corpus due to lack of jurisdiction. So yes your honor! I's greatly sadden that I a plaintiff of your Coothouse Cause NO. 10-12. 66371-CR must set here and cite this letter out to you as behalf of myself and the United States of America. So in citing you my sadness I hearby close me letter out With just these words Thank You for your time and ~~house~~ hospotality. I thank Yous!

Signed
Kerio

Page 3 of 3

Tommy Recio #587878
Polunsky Unit
3872 FM 350S
Livington, Tx.
- 77351 -

V/r SPECIAL

NORTH HOUSTON TX 773
14 JUN 2016 PM 4 L
USA FOREVER

Tenth Court of Appeals - Honorable Rex Davis
McLennon County Courthouse
501 Washington Avenue Room 415
Waco, Texas
- 76701-1312

RECEIVED
JUN 16 2016
COURT OF APPEALS
WACO, TEXAS

76701-137333